```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) | NO. C 06 6418 PJH |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE CASE |
| vs. ) | <u>MANAGEMENT CONFERENCE</u> |
| ) | |
| BOARD OF TRUSTEES OF THE LOCAL 533 ) | |
| TRUST FUND ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS ORDERED that the Case Management Conference in this case originally set for January 18, 2007 continued to February 22, 2007 at 2:30 a.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 1/16/07

_____
Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*[signature]*
*Judge Phyllis J. Hamilton*

<u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u>          1